WALTER C. ANTHONY, Respondent, *v.* THE CITY OF NEWBURGH, Appellant.

*Anthony* v. *City of Newburgh,* 145 App. Div. 932, affirmed.
(Argued November 23, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to secure the cancellation of certain certificates of sale of lands for non-payment of certain assessments levied thereon and to set aside said assessments.

*Henry Kohl* for appellant.

*Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.